Emil C. Brendlin v. Lucius H. Beers.— Motion granted upon defendant's filing stipulation as provided in order. Order signed.

Sarah Meyerhoffer v. Hyman D. Baker.— Application denied, with ten dollars costs. Order signed.

Sarah Meyerhoffer v. Hyman D. Baker.— Motion denied, with ten dollars costs.

Lina Ettlinger v. Italian Union Realty and Security Company and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order.

Lo Monaco v. Murphy Construction Company.—Motion denied, with ten dollars costs.

Philip Carpenter v. Elmer E. Hawes.— Motion granted so far as to resettle the order granting defendant leave to appeal to the Court of Appeals from the judgment entered upon the order of this court affirming judgment. (See 139 App. Dlv. 902, 933.) Settle order on notice.

Patrick A. Fogarty v. William P. Fogarty.— Motion denied. Memorandum per curiam. Settle order on notice.

The People of the State of New York v. Lizzie Fields.— Motion granted and default opened on condition that appellant file the printed papers on appeal and points so that the case can be argued on November fifteenth.

In the Matter of Henry A. Doellinger, an Attorney.— Motion granted. Settle order on notice.

In the Matter of Julia M. Curtiss.— Motion denied; either party to have leave to refer on the appeal to the printed papers in the former proceeding now on file with this court. Settle order on notice.

---

## FOURTH DEPARTMENT, OCTOBER, 1910.

In the Matter of the Judicial Settlement of the Accounts of James R. Mapes, as Administrator, etc.; of Martin F. Mapes, Deceased. John H. Mapes and Others, Appellants; Myrtie E. Mapes and William D. Harrington, Respondents.— Appeal dismissed, without costs, on stipulation filed.

Mary Morrow, Respondent, v. Nora Curry, Individually and as Executrix, etc., of Michael P. Curry, Deceased, Appellant, Impleaded with Rev. Thomas P. Lynch, Rector of the Church of Our Lady of Perpetual Help, of Buffalo, N. Y. — Order reversed, with ten dollars costs and disbursements, and motion granted. All concurred.

William H. Brasie, Appellant, v. Martin Kiblin, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Thomas S. De Ford, Respondent, v. Kinne & Kinne Company, Appellant, Impleaded with Kinne Laundry Company and Edward L. Brininstool.— Order reversed, with ten dollars costs and disbursements, and motion granted. All concurred.

Adeline F. O'Toole, Respondent, v. John R. O'Toole, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.